IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

KEITH-LEZAR FAMILY OF BRADLEY, §
§    Misc. Action No. 3:25-MC-0040
Claimant. §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  No objections were filed. The District Judge reviewed the proposed findings, conclusions, and recommendation as supplemented for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and this miscellaneous action will be dismissed for lack of subject matter jurisdiction by separate judgment.

**SO ORDERED.**

**DATE: June 10, 2026.**

_____
JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE

-1-